## UNITED STATES DISTRICT COURT
### District of Minnesota

Xuseen Afey

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04514-JWB-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Xuseen A.'s petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.

2. Respondents shall immediately release Petitioner from custody, subject to the conditions of his March 21, 2023 Order of Release on Recognizance.

3. Respondents shall confirm Petitioner's release within 48 hours of this Order.

4. Respondents must ensure that a copy of this Order is served on the local officials in charge of the facility where Petitioner is being detained.

5. Petitioner's other claims are not reached.

Date: 12/22/2025                                KATE M. FOGARTY, CLERK